IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-04-1659-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| DANIEL CORRALES-CUEVAS, | |
| Defendant. | |

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#41)  signed on December 19, 2005 and filed on December 20, 2005.

Therefore,

**IT IS ORDERED DENYING** Defendant's Motion to Suppress (#27).  All other motions are **MOOT**.

DATED this 12th day of January, 2006.

_____
Raner C. Collins
United States District Judge

CC: AUSA-ANDERSON, BEARDS, GEE